```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    SHEILA K. OBERTO
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California  93721
 5  Telephone:  (559) 497-4000

 6

 7             IN THE UNITED STATES DISTRICT COURT FOR THE

 8                   EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,   )   01:  07-CR-00333 OWW
                                )
11              Plaintiff,      )
                                )
12       v.                     )
                                )
13  MARIO JURADO PENA, and      )
    JACQUELINE CHAVEZ JURADO,   )
14                              )
                Defendants.     )
15                              )
    _____
16
    UNITED STATES OF AMERICA,   )   01: 06-00126 LJO
17                              )
                Plaintiff,      )   NOTICE OF RELATED CASES AND
18                              )   ORDER THEREON
         v.                     )
19                              )
    MARIO JURADO PENA,          )
20                              )
                Defendant.      )
21                              )
                                )
22
```

23       Pursuant to Rule 83-123 of the Local Rules of the United States
24  District Court for the Eastern District of California, the United
25  States of America, by and through its undersigned attorneys of
26  record, McGregor W. Scott, United States Attorney for the Eastern
27  District of California, and Stanley A. Boone, Assistant U.S.
28  Attorney, hereby give notices that the above-captioned cases <u>United</u>

1

States v. Mario Jurado Pena, Cr. F. 06-00126 LJO, and United States v. Mario Jurado Pena, and Jacqueline Chavez Jurado, Cr.F. 07-00333 OWW are related and request assignment to a single judge.

The two cases are related in that both cases have the same defendant, Mario Jurado Pena, who is presently set for sentencing before Judge Lawrence J. O'Neill.

Since United States v. Mario Jurado Pena, Cr. F. 06-00126 LJO, was assigned to Judge Lawrence J. O'Neill, the United States hereby requests that United States v. Mario Jurado Pena, and Jacqueline Chavez Jurado, Cr.F. 07-00333 OWW also be assigned to Judge Lawrence J. O'Neill.

For the foregoing reasons, since the above-captioned cases involve the same defendant, their assignment to a single judge will avoid a substantial duplication of labor, will serve the ends of judicial economy and will likely effect a substantial savings of judicial effort. See Local Rule 83-123(a)(4). Judge O'Neill has handled the first case and has sentencing scheduled for February 8, 2008. The Government respectfully requests that the Clerk of the District Court notify the Judge of the related nature of these cases for the purpose of assignment to the above-referenced single Judge.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: 12/21/07        By    /s/ Stanley A. Boone
                             STANLEY A. BOONE
                             Assistant U.S. Attorney

2

O R D E R

After consultation with District Judge Oliver Wanger, as well as reviewing the request itself, the case of <u>United States v. Mario Jurado Pena, and Jacqueline Chavez Jurado</u>, Cr.F. 07-00333 OWW, is hereby assigned to Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   January 2, 2008**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE