David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **MARIO JURADO PENA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARIO JURADO PENA, _____)<br>)<br>_____Defendant._____) | **Case No. 1: 07 CR 00333 LJO**<br><br>**STIPULATION AND ORDER<br>TO CONTINUE BAIL REVIEW HEARING** |

   THE PARTIES HEREBY STIPULATE AND AGREE that the bail review hearing presently set for THURSDAY (Wednesday), February 7, 2008, at 1:30 p.m., be continued to THURSDAY (Wednesday), February 28, 2008, at 1:30 p.m. before Judge Snyder.

   Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: February 5, 2008.            /s/ DAVID BALAKIAN
                                    David Balakian,
                                    Attorney for Defendant,
                                    MARIO JURADO PENA

```
Dated: February 5, 2008.            /s/ STANLEY A. BOONE
                                    Stanley A. Boone,
                                    Assistant U.S. Attorney.

                                    Stipulation has been agreed to
                                    by Mr. Boone.
```

**ORDER**

IT IS SO ORDERED.

**Dated:   February 6, 2008**               /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

2