```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:07-CR-00333 LJO |
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND PROPOSED ORDER |
| v. | |
| MARIO JURADO PENA, and JACQUELINE CHAVEZ JURADO, | |
| Defendants | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, David V. Balakian, Attorney for Defendant, MARIO JURADO PENA, and Cadee Peters, Attorney for Defendant, JACQUELINE CHAVEZ JURADO, that the hearing on the Motions presently set for June 6, 2008, at 9:00 a.m., may be continued to June 20, 2008, at 9:00 a.m.

   The continuance is necessary because Government counsel is out of the office on business for trial preparation and will not be available for the hearing.

////

////

////

////

1

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATED: June 4, 2008    By    /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

DATED: June 4, 2008    By    /s/ David V. Balakian
DAVID V. BALAKIAN
Attorney for Mario Jurado Pena

DATED:  June 4, 2008    By    /s/ CADEE PETERS
CADEE PETERS
Attorney for Jacqueline Chavez Jurado

**ORDER**

IT IS THE COURT'S UNDERSTANDING THAT OFFERS WERE SENT OUT TO DEFENSE COUNSEL SEVERAL WEEKS AGO, AND THAT NO WORD HAS BEEN RECEIVED FROM DEFENSE COUNSEL.  UNDER THESE CIRCUMSTANCES, HAD IT BEEN DEFENSE COUNSEL WHO HAD BEEN ASKING FOR THE TWO WEEK CONTINUANCE, THE REQUEST WOULD HAVE BEEN DENIED.

THE HEARING ON JUNE 20, 2008 WILL ENTAIL:
1. A VERY BRIEF HEARING ON THE BOILERPLATE DISCOVERY MOTIONS AND
2. A TRIAL SETTING CONFERENCE (BECAUSE THE CASE IS OLD AND THERE IS NOTHING COMPLEX ABOUT IT, THE TRIAL DATE WILL BE SET SOONER THAN LATER);
    OR
3. CHANGES OF PLEA.

NO FURTHER CONTINUANCES OR DELAYS WILL BE ENTERTAINED.  THE REQUEST FOR A CONTINUANCE PURSUANT TO STIPULATION IS GRANTED.

IT IS SO ORDERED.

**Dated:   June 4, 2008**            /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE