1  Cadee Peters, SBN 225116
   2004 Tulare Street Suite 210
2  Fresno, CA 93721
   Tel. (559) 408-7464
3  Fax. (559) 408-7465

4  Attorney for Defendant, **JACQULINE JURADO**

5
6
7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
10
11 UNITED STATES OF AMERICA,)      **1:07-CR-00333-LJO**
                              )
12                            )
           Plaintiff,         )    **STIPULATION AND ORDER**
13                            )    **TO CONTINUE STATUS CONFERENCE**
        vs.                   )
14                            )
   Jacquline Jurado,          )
15 _____)    _____
                              )
16 _____Defendant._____)
                              )
17

18      THE PARTIES HEREBY STIPULATE AND AGREE that the status
19 conference presently set for Friday, January 30, 2009, at 9:00
20 a.m., be continued to Friday, February 27, 2009, at 9:00 a.m.
21      The status conference is to be continued for both defendants
22 JACQULINE JURADO and MARIO PENA.
23      Pursuant to Federal Rules of Criminal Procedure section 18
24 U.S.C. 3161, the parties agree that any delay resulting from this
25 continuance shall be excluded in the interest of justice.
26
   //
27
   //
28 Dated: JANUARY 22, 2009.            /s/ CADEE PETERS

```
                                        Cadee Peters,
                                        Attorney for Defendant,
                                        Jacquline Jurado

Dated: January 22, 2009.                /s/ DAVID BALAKIAN
                                        David Balakian,
                                        Attorney for Defendant,
                                        Mario Pena

                                        Stipulation has been agreed to
                                        by Mr. Capozzi.


Dated: January 22, 2009.                /s/ STAN BOONE
                                        Stan Boone,
                                        Assistant U.S. Attorney.

                                        Stipulation has been agreed to
                                        by Mr. Boone.
```

**ORDER**

GOOD CAUSE EXISTS.   TIME IS EXCLUDED.

IT IS SO ORDERED.

**Dated:   January 23, 2009**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2